<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6973**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GEORGE ARTHUR DODGE, III,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. Robert Earl Maxwell, Senior District Judge. (CR-98-2-ALL, CA-00-82)

Submitted: August 15, 2002          Decided: August 29, 2002

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

George Arthur Dodge, III, Appellant Pro Se. Michael D. Stein, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia; Sherry L. Muncy, OFFICE OF THE UNITED STATES ATTORNEY, Clarksburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Arthur Dodge, III seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Dodge</u>, Nos. CR-98-2-ALL; CA-00-82 (N.D.W. Va. June 4, 2002). We deny Dodge's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2